THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **REBEKAH JOHNSON,**          :<br>                                                           :<br>     **Claimant,**                             :<br>                                                           :<br>**v.**                                                  :<br>                                                           :<br>**MICHAEL J. ASTRUE,**              :<br>**COMMISSIONER OF**                :<br>**SOCIAL SECURITY,**                  :<br>                                                           :<br>     **Defendant.**                          :<br>_____ : | Civil Action<br>No. 5:08-cv-65 (CAR) |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Report and Recommendation of the United States Magistrate Judge, who recommends that the Court affirm the decision of the Commissioner of Social Security to deny Claimant's application for Social Security disability benefits. Claimant has entered a timely objection to the Recommendation. Upon consideration of the objections of the Claimant and a *de novo* review of the record submitted by the parties, the Court agrees with the conclusions of the Magistrate Judge and hereby **ADOPTS** the Recommendation as the Order of the Court.

1

In a thorough and well-reasoned Recommendation, the Magistrate Judge has explained that the June 29, 2007 decision of the Administrative Law Judge was supported by substantial evidence and applied the correct legal standards. This Court's review of the transcript confirms that the ALJ's decision is consistent with the evidence that was presented. There is no dispute that Claimant had some physical and psychological limitations as a result of chronic back pain and a depressive or bipolar condition. The question for the ALJ, however, was the degree to which these limitations rendered her disabled from performing any gainful activity for which she was qualified. In determining the extent of Claimant's limitations, the ALJ appropriately considered and weighed the records of the Claimant's treating professionals and of the state agency consultants, and the testimony and representation of the Claimant herself. As the Recommendation discusses in great detail and with extensive citation to authority, the ALJ appropriately weighed the opinions and treatment records of Claimant's treating psychiatrist and social worker in connection with the other evidence in the record to arrive at a reasonable determination as to Claimant's residual functional capacity. The Court does not disagree in any way with the conclusions reached by the Magistrate Judge.

Given Claimant's residual functional capacity, age, education, and work experience, the ALJ next had to determine whether there were jobs in significant

numbers in the national economy that the Claimant was able to perform. In making this determination the ALJ also gave appropriate weight to the opinions of a vocational expert ("VE"), and it does not appear that the testimony of the VE was "false" or inconsistent with the Dictionary of Occupational Titles ("DOT"). The DOT lists the maximum requirements for an occupation, not the range of requirements involved for that occupation in a particular setting. Furthermore, to the extent that there is a conflict between the testimony of a VE and the DOT, "the VE's testimony 'trumps' the DOT." Jones v. Apfel, 190 F.3d 1224, 1230 (11th Cir. 1999). The ALJ in this case posed an appropriate hypothetical to the VE, based on the ALJ's findings as to Claimant's residual functional capacity and qualifications. In response to this hypothetical, the VE identified three occupations available in substantial numbers in the regional and national economy that Claimant would be able to perform. As a consequence, it was within the ALJ's authority to deny Claimant's petition for benefits. The final decision of the Administrative Law Judge is therefore **AFFIRMED**.

It is SO ORDERED this 31st day of March, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw